# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4398

_____

| | | |
|---|---|---|
| In re:  Kieffer-Mickes, Inc., | * | |
| | * | |
| Debtor, | * | |
| | * | |
| -------------------- | * | |
| | * | |
| Carolynne Kieffer, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Missouri. |
| | * | |
| Charles W. Riske, | * | [UNPUBLISHED] |
| | * | |
| Appellee, | * | |
| | * | |
| -------------------- | * | |
| | * | |
| Peter Lumaghi, | * | |
| | * | |
| Trustee. | * | |

_____

Submitted:  December 2, 1998
Filed:  December 7, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Carolynne Kieffer appeals the district court's[1] order dismissing her bankruptcy appeal, and the court's subsequent order denying reconsideration. After careful review of the record and the parties' briefs, we affirm the judgment of the district court dismissing the bankruptcy appeal for the reasons set forth in its opinion, and we also affirm the denial of Kieffer's motion for reconsideration as no abuse of discretion occurred. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.